UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA KAMAL M AL TAHA and HERSHELL GEORNELL CALDWELL,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA BONDI; KRISTI NOEM; JOSEPH B. EDLOW; TODD M. LYONS; and DANIEL A. BRIGHTMAN,<br><br>Defendants. | Case No.: 3:26-cv-571-JES-DDL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 12] |

Before the Court is the parties' joint motion to dismiss this case. ECF No. 12. Because Plaintiff has had her immigration interview where her application was granted and she was not detained, the parties agree that the case is now moot. Good cause appearing, the Court **GRANTS** the joint motion to dismiss. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 27, 2026

Honorable James E. Simmons Jr.
United States District Judge